# United States Court of Appeals
### For the Eighth Circuit

_____

No. 15-2335

_____

United States of America

*Plaintiff - Appellee*

v.

Josiah Williams, also known as Little Man

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Dubuque

_____

Submitted: October 7, 2015
Filed: October 13, 2015
[Unpublished]

_____

Before Wollman, Bye, and Gruender, Circuit Judges.

_____

PER CURIAM.

Josiah Williams directly appeals the sentence that the district court[1] imposed upon revoking his supervised release, arguing that the 14-month sentence is

_____

[1]The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

substantively unreasonable.  Upon careful review, see United States v. Miller, 557 F.3d 910, 915-16 (8th Cir. 2009) (appellate review of revocation sentence), we conclude that the within-Guidelines-range revocation sentence is not unreasonable, see United States v. Petreikis, 551 F.3d 822, 824 (8th Cir. 2009).

The judgment is affirmed.

_____